UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,

          Plaintiff,

    v.

SPEECH & LANGUAGE CENTER, LLC *et al.*,

          Defendants.

Civil Action No. 22-1748 (MAS) (DEA)

**ORDER**

This matter comes before the Court on Horizon Blue Cross Blue Shield of New Jersey's ("Horizon Blue") Motion to Remand. (ECF No. 12.) Defendants Chryssoula Arsenis ("Arsenis") and Speech & Language Center, LLC ("Speech & Language," and collectively, "Defendants") opposed the Motion (ECF Nos. 16-19), and Horizon Blue responded (ECF No. 20). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS**, on this 22nd day of August 2022, **ORDERED** that:

1. Horizon Blue's Motion to Remand (ECF No. 12) is **GRANTED**.

2. The Clerk of the Court shall remand this matter to the New Jersey Superior Court, Somerset County, Law Division.

                                            /s/ Michael A. Shipp
                                            MICHAEL A. SHIPP
                                            UNITED STATES DISTRICT JUDGE